7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Arley Thomas Furgeson, II
*Debtor*

*Bankruptcy Case No.*
15−50510−can7

**United States of America**
　Plaintiff(s)

*Adversary Case No.*
16−05004−can

v.

**Arley Thomas Furgeson II**
　Defendant(s)

## JUDGMENT

　　The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that Judgment is entered in favor of the United States of America and against Arley Thomas Furgeson, II, in the amount of $85,967.30, which debt is excepted from discharge.

　　　　　　　　　　　　　　　　　　　　　　　　PAIGE WYMORE−WYNN
　　　　　　　　　　　　　　　　　　　　　　　　Acting Court Executive

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Jamie McAdams
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Date of issuance: 5/16/16

Court to serve